[No. 19239-3-III.  Division Three.  December 12, 2000.]

TIM E. CONLEY, *Appellant*, v. RONALD R. CARPENTER, *Respondent*.

Appeal from a judgment of the Superior Court for Chelan County, No. 99-2-00836-1, John E. Bridges, J., entered March 20, 2000. *Affirmed* by unpublished per curiam opinion.

[No. 18136-7-III.  Division Three.  December 14, 2000.]

KIM PAULEY, ET AL., *Respondents*, v. CHRIS A. FOSTER, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Franklin County, No. 97-2-50381-0, Philip M. Raekes, J., entered November 30, 1998. *Affirmed* by unpublished opinion per Kato, J., concurred in by Kurtz, C.J., and Brown, J.

[No. 18505-2-III.  Division Three.  December 14, 2000.]

*In the Matter of the Marriage of* MELVIN C. GARDNER, *Respondent*, and SANDRA L. GARDNER, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 97-3-02501-8, Paul A. Bastine, J., entered June 9, 1999. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kurtz, C.J., and Sweeney, J.

[No. 18063-8-III.  Division Three.  December 14, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN FREEMAN YOUNG, *Appellant*.

Appeal from a judgment of the Superior Court for Klickitat County, No. 98-1-00051-3, E. Thompson Reynolds, J., entered November 2, 1998. *Reversed* by unpublished opinion per Schultheis, J., concurred in by Brown, A.C.J., and Sweeney, J.